# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KATHIA HERNANDEZ-LEON, <br> Defendant. | Case No. 19-CR-4809 AJB <br><br> **ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Based on the motion of the United States to dismiss this case without prejudice as to Kathia Hernandez-Leon, and in light of the interests of justice, it is hereby ordered that the indictment in the above-entitled action be dismissed without prejudice, as to this defendant.

**IT IS SO ORDERED.**

Dated: February 4, 2020

Hon. Anthony J. Battaglia
United States District Judge